

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

Nos. 04-17-00735-CR & 04-17-00736-CR

Porucha Denise **PHILLIPS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR9222A, 2016CR9223A
Honorable Laura Lee Parker, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed:  January 24, 2018

DISMISSED

The trial court's certifications in each of these appeals state that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's records contain written plea bargain agreements, and the punishment assessed in each appeal did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; Rule 25.2(a)(2) applies. *See* TEX. R. APP. P. 25.2(a)(2). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d); *see Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

On December 6, 2017, we notified Appellant that these appeals would be dismissed under Rule 25.2(d) unless amended trial court certifications showing that Appellant has the right of appeal in each case was made part of the appellate record by January 5, 2018. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174, 176 (Tex. App.—San Antonio 2003, no pet.). To date, Appellant has filed no response in either appeal.

Because Appellant did not file an amended trial court certification in either appeal showing that Appellant has the right of appeal, Rule 25.2(d) requires this court to dismiss these appeals. *See Dears*, 154 S.W.3d at 613; *Daniels*, 110 S.W.3d at 176. Accordingly, these appeals are dismissed.

PER CURIAM

DO NOT PUBLISH